FILED
2022 May-05  AM 10:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
4/1/2022 8:07 AM
20-CV-2022-900064.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case 20<br><br>Date of Filing:   Judge Code:<br>04/01/2022 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### ROSEMARY THOMPSON v. RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| ALV001 | 4/1/2022 8:07:40 AM | /s/ K. RICK ALVIS |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
4/1/2022 8:07 AM
20-CV-2022-900064.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

| | |
|---|---|
| ROSEMARY THOMPSON, )<br><br>Plaintiff; )<br><br>v. )<br><br>RURAL KING C, INC.; RURAL KING ADMINISTRATION, INC.; FICTITIOUS DEFENDANTS A, B, C, intending to refer to that person, firm, corporation or other legal entity commonly known as and d/b/a Rural King; FICTITIOUS DEFENDANTS D, E, F, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, who owned and/or operated Rural King on the date of the occurrence made the basis of this suit; FICTITIOUS DEFENDANTS G, H, I, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, vicariously liable for acts and/or omissions of the employees of Rural King; FICTITIOUS DEFENDANTS J, K, L, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, legally responsible for the wrongs complained of in this complaint, including the employees, whose negligence, wantonness or other wrongful conduct contributed to cause the occurrence made the basis of Plaintiff's complaint; )<br><br>Defendant(s). ) | CASE NO.: _____<br><br>JURY DEMAND |

## COMPLAINT

1.     Plaintiff Rosemary Thompson, (hereinafter referred to as "Thompson" or "Plaintiff") is over the age of nineteen (19) years and is a resident of Lauderdale County, Alabama.

2.     Defendant Rural King Administration, Inc., (hereinafter referred to as "Rural King" or "Defendant") is a foreign corporation operating in Colbert County, Alabama. At all times relevant herein, Rural King acted through its employees, agents, officers, and proprietors.

1

3.      Defendant Rural King C, Inc., (hereinafter referred to as "Rural King" or "Defendant") is a foreign corporation operating in Colbert County, Alabama. At all times relevant herein, Rural King acted through its employees, agents, officers, and proprietors.

4.      Fictitious Defendants A, B, C, intending to refer to that person, firm, corporation or other legal entity commonly known as Rural King.

5.      Fictitious Defendants D, E, F, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, who owned and/or operated Rural King on the date of the occurrence made the basis of this suit;

6.      Fictitious Defendants G, H, I, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, vicariously liable for acts and/or omissions of the employees of Rural King;

7.      Fictitious Defendants J, K, L, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, legally responsible for the wrongs complained of in this complaint, including the staff and/or employees, whose negligence, wantonness or other wrongful conduct contributed to cause the occurrence made the basis of Plaintiff's complaint.

8.      Plaintiff avers that the above-mentioned fictitious defendants, all of whose true and correct names are unknown to Plaintiff at this time, will be substituted by amendment when ascertained, pursuant to Alabama law.

## FACTUAL ALLEGATIONS

9.      On or about April 14, 2020, Plaintiff Rosemary Thompson was a customer shopping at Rural King, located at 3401 Woodward Avenue, Muscle Shoals, AL. As Plaintiff was shopping, she tripped over a metal pipe, fell, and landed on her left knee. Several metal pipes were laying on the ground outside where Plaintiff was shopping and Plaintiff did not see them prior to

2

her fall. Defendants created a dangerous condition and allowed or permitted it to exist by failing to warn verbally or by signage indicating that the metal pipes were there.

10.     Defendants, Rural King, are vicariously responsible for the actions of its employees. As well, this Defendant failed to train its employees on the measures they should have taken to address debris, specifically metal pipes, in a high traffic area. These include measures to warn either verbally or by signage of a dangerous condition to people walking through the vicinity in which Plaintiff fell.

11.     Due to the location of the metal pipe, and failure to warn either verbally and/or by signage, Plaintiff fell.

12.     As a result of the fall, Plaintiff was severely injured because of the Defendants' negligence and wantonness.

## COUNT ONE - NEGLIGENCE

13.     Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

14.     On or about April 14, 2020, Defendants Rural King, by and through their employees of Rural King, while working in the line and scope of their employment, and fictitious Defendants A-L, negligently caused or allowed a dangerous condition to exist, by leaving metal piping on the ground in the path customers walk, and without warning to Plaintiff that the dangerous condition existed and had existed for some time, i.e., no warning, or other signage indicating the placement of the metal piping. As a result of Defendants' negligence in allowing the dangerous condition to exist, Plaintiff was caused to slip and fall, from which she could not be removed without assistance from first responders, and sustained injury. Defendants had actual notice that the dangerous condition existed and failed to remedy the same resulting in Plaintiff's injuries.

3

15.     More specifically, Defendants breached their lawful duty owed to the Plaintiff in failing to exercise reasonable care in providing a safe environment, which resulted in the aforesaid injury to the Plaintiff. In addition, Defendants failed to remedy the dangerous condition which existed on the premises by failing to warn or otherwise protect the Plaintiff of the danger.

At all times relevant to the incident described herein, the employee or employees responsible for keeping the pathways clear where Plaintiff fell were working in the line and scope of their employment for Rural King and renders it vicariously liable for their negligence, under the doctrine of *respondeat superior*.

16.     As a proximate consequence of the Defendants' negligence the Plaintiff was caused to suffer severe bodily harm, incurred medical expenses, suffered mental anguish and emotional distress, and was otherwise permanently injured and damaged.

WHEREFORE, as a direct and proximate result of such negligence, Plaintiff asserts a claim for judgment against the Defendants, for compensatory damages in an amount determined by a jury to adequately compensate her for her injuries and damages, plus costs and other relief to which Plaintiff is entitled by law.

### COUNT TWO – WANTONNESS

17.     Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

18.     On or about April 14, 2020, Defendants Rural King, by and through their employees of Rural King, while working in the line and scope of their employment, and fictitious Defendants A-L, wantonly caused or allowed a dangerous condition to exist, by leaving metal piping on the ground in the path customers walk, and without warning to Plaintiff that the dangerous condition existed and had existed for some time, i.e., no warning, or other signage indicating the placement of the metal piping. As a result of Defendants' wantonness in allowing

4

the dangerous condition to exist, Plaintiff was caused to slip and fall, from which she could not be removed without assistance from first responders, and sustained injury. Defendants had actual notice that the dangerous condition existed and failed to remedy the same resulting in Plaintiff's injuries.

At all times relevant to the incident described herein, the employee or employees keeping the pathways clear where Plaintiff fell were at all times working in the line and scope of their employment for Rural King, and renders it vicariously liable for their wanton conduct, under the doctrine of *respondeat superior*.

19.     More specifically, Defendants wantonly breached their lawful duty owed to the Plaintiff in failing to exercise reasonable care in providing a safe environment, which resulted in the aforesaid injury to the Plaintiff. In addition, Defendant's failed to remedy the dangerous condition which existed on the premises by failing to warn or otherwise protect the Plaintiff of the danger.

20.     As a proximate consequence of the Defendants' negligence the Plaintiff was caused to suffer severe bodily harm, incurred medical expenses, suffered mental anguish and emotional distress, and was otherwise permanently injured and damaged.

WHEREFORE, as a direct and proximate result of such wantonness, Plaintiff asserts a claim punitive damages against the Defendants and all fictitious party Defendants in an amount to be determined by the trier of fact, plus costs and other relief to which the Plaintiff is entitled.

## COUNT THREE

21.     Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

22.     Fictitious Defendants A-L are also liable under the foregoing counts and theories.

5

23.    Fictitious Defendants A, B, C, intending to refer to that person, firm, corporation or other legal entity commonly known as Rural King;

24.    Fictitious Defendants D, E, F, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, who owned and/or operated Rural King on the date of the occurrence made the basis of this suit;

25.    Fictitious Defendants G, H, I, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, vicariously liable for acts and/or omissions of the employees of Rural King;

26.    Fictitious Defendants J, K, L, intending to refer to that person, firm, corporation or other legal entity, whether singular or plural, legally responsible for the wrongs complained of in this complaint, including the staff, and/or employees, whose negligence, wantonness or other wrongful conduct contributed to cause the occurrence made the basis of Plaintiff's complaint.

27.    As a proximate consequence of the negligence and/or wantonness, of Fictitious Defendants A through L, Plaintiff was injured and damaged as alleged in the foregoing paragraphs above.

WHEREFORE, as a direct and proximate result of such negligence and/or wantonness, Plaintiff asserts a claim for judgment for all compensatory damages and punitive damages against the Defendants and all fictitious party Defendants in an amount to be determined by the trier of fact, plus costs and other relief to which Plaintiff is entitled by law.

Respectfully submitted,

/s/ K. Rick Alvis
K. Rick Alvis (ALV001)

6

**Of Counsel:**
K. Rick Alvis, Esq.
**Holt, Mussleman, Morgan & Alvis**
216 W. Dr. Hicks Blvd.
Florence, AL 35630-6135
256-766-0503 Main
256-766-7690 Fax
Email: rick@alvislaw.com

## JURY DEMAND

**Plaintiff hereby demands a trial by struck jury on all issues of this cause.**

/s/ K. Rick Alvis
K. Rick Alvis (ALV001)

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:**

Rural King C, Inc.
C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Rural King Administration, Inc.
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104



AlaFile E-Notice

20-CV-2022-900064.00

To: RURAL KING ADMINISTRATION, INC ATTN: CT CORP SYSTE
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

ROSEMARY THOMPSON V. RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM ET
20-CV-2022-900064.00

The following complaint was FILED on 4/1/2022 8:07:03 AM

Notice Date:      4/1/2022 8:07:03 AM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900064.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### ROSEMARY THOMPSON V. RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM ET

**NOTICE TO:** RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), K. RICK ALVIS ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 216 W Dr. Hicks Boulevard, Florence, AL 35630 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROSEMARY THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 04/01/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ K. RICK ALVIS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*     *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900064.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### ROSEMARY THOMPSON V. RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM ET

**NOTICE TO:** RURAL KING ADMINISTRATION, INC ATTN: CT CORP SYSTE, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
K. RICK ALVIS ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 216 W Dr. Hicks Boulevard, Florence, AL 35630 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROSEMARY THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 04/01/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ K. RICK ALVIS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

*(Name of Person Served)*          *(Name of County)*

Alabama on .

*(Date)*

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Server's Printed Name)*     *(Phone Number of Server)*



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
**Rural King C., INC Pool**

Street and Apt. No., or PO Box No.
**2022.9000104**

City, State, ZIP+4®

Postmark Here
APR

USPS

7020 3160 0000 2432 6449

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $

Postmark
Here
APR - 1 2022
USPS

Postage

$

Total Postage and Fees

$

Sent To   Rural King Admin. INC

Street and Apt. No., or PO Box No.
CU22-900064

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0410 0000 2692 6450

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

9590 9402 7145 1251 8780 03

2. Article Number

7020 3160 0002 2932 6443

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jennifer Lakewood*  ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

APR 0 4 2022

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

MONTGOMERY AL 360

6 APR 2022 PM 3 L

USPS TRACKING #

9590 9402 7145 1251 8780 03

**United States Postal Service**

FILED IN OFFICE
MARK R. EADY
CIRCUIT COURT CL

2022 APR -8 PM 1: 54

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL. 35674



AlaFile E-Notice

20-CV-2022-900064.00

Judge: JACQUELINE M. HATCHER

To:   ALVIS KENNETH RICK
       rick@alvislaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

ROSEMARY THOMPSON V. RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM ET
20-CV-2022-900064.00

The following matter was served on 4/4/2022

**D001 RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM**

**Corresponding To**

CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

RURAL KING ADMINISTRATION, INC ATTN: CT CORP SYSTE
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

9590 9402 7145 1251 8779 90

2. Article Number *(Transfer from service label)*

7020 3160 0002 2932 6450

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jennifer Lockwood*                    ☐ Agent
                                         ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

                                         APR 0 4 2022

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

a022900004 0002

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

DOCUMENT 8

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
MARK R. EADY
CIRCUIT COURT CLERK

2022 APR 11  AM 8: 10

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL. 35674

USPS TRACKING #

9590 9402 7145 1251 8779 90

United States
Postal Service



AlaFile E-Notice

20-CV-2022-900064.00

Judge: JACQUELINE M. HATCHER

To:   ALVIS KENNETH RICK
      rick@alvislaw.com

# NOTICE OF SERVICE

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

ROSEMARY THOMPSON V. RURAL KING C, INC. ATTN: CT CORPORATION SYSTEM ET
20-CV-2022-900064.00

The following matter was served on 4/4/2022

**D002 RURAL KING ADMINISTRATION, INC ATTN: CT CORP SYSTE**

**Corresponding To**

CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov